THE STATE OF OHIO, APPELLEE, *v.* MANCINI, APPELLANT.

[Cite as *State v. Mancini* (1994), 71 Ohio St.3d 286.]

(No. 94–1834—Submitted October 24, 1994—Decided December 21, 1994.)

*Stephanie Tubbs Jones,* Cuyahoga County Prosecuting Attorney, and *George J. Sadd,* Assistant Prosecuting Attorney, for appellee.

*John Mancini, pro se.*

---

*Per Curiam.* The decision of the court of appeals is affirmed for the reasons stated therein.

*Judgment affirmed.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.